

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-16-00533-CV

Oscar Leo **QUINTANILLA**,
Appellant

v.

Andrew Bradford **WEST**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06259
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's brief was due on October 12, 2016. *See* TEX. R. APP. P. 38.6(b). On October 7, 2016, Appellee filed an unopposed first motion for an extension of time to file the brief until October 26, 2016. *See id.* R. 10.5(b).

Appellee's motion for extension of time to file the brief is GRANTED. Appellee's brief is due on October 26, 2016.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

Keith E. Hottle
Clerk of Court